UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
| |
ANDREW GILLEO                            | CIVIL ACTION NO.:
    *Plaintiff*                         |
                                         |
VS.                                      | JURY TRIAL REQUESTED
                                         |
LOWE'S HOME CENTERS, LLC                 | OCTOBER 2, 2017
    *Defendant*                         |
                                         |
------------------------------------------------------x

**COMPLAINT**

I.    INTRODUCTION:

    1.    This is an action alleging violation of the provisions of the Employee Retirement Income Security Act set forth in 9 U.S.C. § 1132(a)(1)(B).

II.    PARTIES AND JURISDICTION:

    1.    The Plaintiff, Andrew Gilleo, was at all times relevant to this matter a resident of the Town of Vernon, State of Connecticut.

    2.    The Defendant, Lowe's Home Centers, LLC, is a company organized under the laws of the State of North Carolina.

    3.    The Defendant operates Lowe's retail home improvement stores throughout the State of Connecticut.

    4.    Plaintiff invokes the jurisdiction of this Court pursuant to the provisions of 28 USC § 1331 in that his claims arise under the laws of the United States, namely the Employee Retirement Income Security Act.

III. <u>FACTS</u>:

    5.    Plaintiff was employed by the Defendant commencing in or around March of 2007.

    6.    For the last several years of his employment with the Defendant, Plaintiff held the positions of Store Manager of the Defendant's Killingly, Connecticut store.

    7.    As a Store Manager, the Plaintiff received an annual award of stock options.

    8.    These stock options vested three years from the date which they were awarded.

    9.    As a Store Manager, Plaintiff was the beneficiary of a Severance Pay Plan maintained by Defendant.

    10.    Pursuant to the terms of the Severance Pay Plan, the Plaintiff was entitled to a certain severance pay at the time of any separation of employment, calculated based upon his total years of service with the Defendant.

    11.    In February of 2017, Plaintiff was honored by the Defendant at an event in Las Vegas, Nevada for exemplary performance as a Store Manager.

    12.    While in Las Vegas, Plaintiff attended a non-work, after hours event.

    13.    On February 20, 2017, Defendant terminated Plaintiff's employment, supposedly due to his conduct at the non-work, after hours event.

<u>COUNT ONE</u>: Violation of 29 U.S.C. § 1132 (a)(1)(B)

    1.    Plaintiff repeats and re-alleges Paragraphs 1 through 13 above as Paragraphs 1 through 13 of this First Count.

    14.    The Defendant terminated the plaintiff in bad faith and without just cause as a means of preventing Plaintiff's restricted stock from vesting, in violation of 29 U.S.C. § 1132 (a)(1)(B).

15.    As a result of the Defendant's actions, the Plaintiff has suffered financial loss.

COUNT TWO: Violation of 29 U.S.C. § 1132 (a)(1)(B)

1.    Plaintiff repeats and re-alleges Paragraphs 1 through 13 above as Paragraphs 1 through 13 of this Second Count.

14.    The Defendant failed to pay Plaintiff severance he was owed pursuant to its Severance Pay Plan, in violation of 29 U.S.C. § 1132 (a)(1)(B).

15.    As a result of the Defendant's actions, the Plaintiff has suffered financial loss.

WHEREFORE, the Plaintiff prays for the following relief:

1. Money damages;

2. Reasonable attorney's fees;

3. Such other relief as is allowable by law.

THE PLAINTIFF,
ANDREW GILLEO

By: /s/ Michael J. Reilly
Michael J. Reilly (ct28651)
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860)296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com

<b><u>UNITED STATES DISTRICT COURT</u></b><br><b><u>DISTRICT OF CONNECTICUT</u></b>

```
-------------------------------------------------x
                                                 |
ANDREW GILLEO                                    |    CIVIL ACTION NO.:
      Plaintiff                                  |
                                                 |
VS.                                              |    JURY TRIAL REQUESTED
                                                 |
LOWE'S HOME CENTERS, LLC                         |    OCTOBER 2, 2017
      Defendant                                  |
                                                 |
-------------------------------------------------x
```

<u>JURY DEMAND</u>

The above-named Plaintiff herein a demands a trial by jury on all issues so triable.

                                              THE PLAINTIFF,
                                              ANDREW GILLEO

                                              By:_____
                                              Michael J. Reilly (ct28651)
                                              Cicchiello & Cicchiello, LLP
                                              364 Franklin Avenue
                                              Hartford, Connecticut 06114
                                              Tel: (860)296-3457
                                              Fax: (860) 296-0676
                                              Email: mreilly@cicchielloesq.com